On the 20th of Auguft, 1799, the defendant was arrefted by virtue of a *capias* tefted of July Term, and returnable at October; but the note on which the writ iffued did not fall due until the 21ft, and was not payable till the 24th of Auguft.

*Hawes* for the defendant contended that the arreft being made before the note became due, although on procefs returnable after, was void. He cited 2 Burr. 962. 1 Wilf. 147.

*Evertfon* infifted, that nothing could be confidered as the commencement of a fuit, but the filing of the bill: and that if the plaintiff fhews a caufe of action before exhibiting the bill, it is fufficient. He relied upon Cowp. 454. 7 Durn. and Eaft 4.

*Per Curiam.* If an arreft be made before the debt is due, the defendant fhould apply in the firft inftance to the Court, or to a Judge at his chambers, and not put in bail and plead. Here the defendant having omitted to make fuch application, but having filed bail and pleaded in chief, he is too late.

## Percival *vs.* Jones.

THE Court in this cafe determined, that where a point was referved by the Judge at the trial, it is to be confidered in nature of a fpecial verdict, and the plaintiff is to prepare the cafe and to open the argument.